UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Jennifer Shaw,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**Navistar, Inc.**<br><br>    Defendant. | Case No. 1:23-cv-16070<br><br>Judge Charles P. Kocoras |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

Now come the parties, jointly and through Counsel, and hereby notify that Court that they have reached a settlement of this matter. The parties respectfully request that they be given until June 9, 2025 to file the papers necessary for Court approval of the parties' settlement and dismissal of the case.

Respectfully submitted,

| | |
|---|---|
| s/ *Michael L. Fradin*<br>Michael L. Fradin, Esq. (OH#0091739)<br>8401 Crawford Ave. Ste. 104<br>Skokie, IL 60076<br>Telephone: 847-986-5889<br>Facsimile: 847-673-1228<br>Email: mike@fradinlaw.com<br><br>By: /s/ *James L. Simon*<br>James L. Simon (OH#0089483)<br>SIMON LAW CO.<br>11 ½ N. Franklin Street<br>Chagrin Falls, Ohio 44023<br>Telephone: (216) 816-8696<br>Email: james@simonsayspay.com<br><br>*Counsel for Plaintiff* | /s/ *Kirsten A. Milton*<br>Allan S. Rubin (Michigan - P44420)<br>Kirsten A. Milton (6286124)<br>Benjamin D. Wu (pro hac pending)<br>Jackson Lewis P.C.<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, Illinois 60601<br>(312) 787-4949<br>Allan.Rubin@jacksonlewis.com<br>Kirsten.Milton@jacksonlewis.com<br>Benjamin.Wu@jacksonlewis.com<br><br><br><br><br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I, Kirsten A. Milton, an Attorney, hereby certify that a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Case Filing system on this 8th day of May, 2025.

/s/ *Kirsten A. Milton*